No. 392. UNITED STATES *v.* SHIMER. Certiorari, 364 U. S. 889, to the United States Court of Appeals for the Third Circuit. Motion of National Association of Mutual Savings Banks et al. for leave to file brief, as *amici curiae,* granted. *William F. McKenna* and *Samuel E. Neel* for movants.

· No. 810, Misc.   SILVA *v.* UNITED STATES;
No. 817, Misc.   ECKMAN *v.* ALASKA; and
No. 818, Misc.   CHAPMAN *v.* ALASKA. Motions for leave to file petitions for writs of certiorari denied.

No. 427, Misc.   IN RE HICKS;
No. 710, Misc.   DEITLE *v.* UNITED STATES;
No. 736, Misc.   HARTFORD *v.* WICK, STATE HOSPITAL DIRECTOR, ET AL.;
No. 834, Misc.   PARKER *v.* SACKS, WARDEN; and
No. 843, Misc.   RICHESON *v.* RANDOLPH, WARDEN. Motions for leave to file petitions for writs of habeas corpus denied.

No. 608. UNITED STATES ET AL. *v.* DRUM ET AL.; and
No. 609. REGULAR COMMON CARRIER CONFERENCE OF AMERICAN TRUCKING ASSOCIATIONS, INC., *v.* DRUM ET AL. Appeals from the United States District Court for the Western District of Oklahoma. Probable jurisdiction noted. *Solicitor General Rankin, Solicitor General Cox, Assistant Attorney General Bicks, Richard A. Solomon, Robert W. Ginnane* and *B. Franklin Taylor, Jr.* for the United States and the Interstate Commerce Commission in No. 608. *Roland Rice* for appellant in No. 609. *Walter D. Hanson* and *Wm. L. Peterson, Jr.* for Drum et al.; appellees. *Charles R. Iden* for Weather-Seal, Inc., appellee in No. 608. Reported below: 193 F. Supp. 275.